**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2**
**Eastern Division**

Flava Works Entertainment

                Plaintiff,

v.

                                    Case No.: 1:24–cv–09725
                                    Honorable Franklin U. Valderrama

Joel Lewitzky, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 10, 2024:

        MINUTE entry before the Honorable Franklin U. Valderrama: In order to properly open a case and present any motion for the Court's consideration, Plaintiff must either (1) pay the filing fee, or (2) submit an in forma pauperis (IFP) application. See Local Rule 3.3. To date, Plaintiff has not paid the filing fee or submitted an IFP application. In the absence of either of those things, the Court cannot consider any motions filed by Plaintiff. Plaintiff is directed to pay the required filing fee or submit a completed In Forma Pauperis Application and Financial Affidavit within 15 days of this notification, by 10/25/2024. Pursuant to Local Rule 3.3(f), failure to comply with this order may result in sanctions, including dismissal of the action. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.