| | | |
|---|---|---|
| **Exhibit B to the Complaint** | | |
| | | |
| **REGISTRATION #** | **REG DATE** | **TITLE OF WORK** |
| PA0001861010 | 5/1/2013 | Bad Boy Detention 3 - Raw Trouble. |
| PA0001832507 | 12/10/2012 | BAREBACK BOOTY BANDITS |
| PA0002025855 | 3/3/2017 | BAREBACK BUSSY #2: BREED AND BOUNCE. |
| PA0001748153 | 8/12/2011 | Big Black Dick |
| PA0001802985 | 4/27/2012 | Big Black Dick 2: Ouch! |
| PA0001861008 | 5/1/2013 | Big Black Dick 4: Inches of Pain |
| PA0002037057 | 2/23/2017 | Black Bareback College #1 |
| PA0001841887 | 4/25/2013 | BLACK IN WHITE |
| PA0001993086 | 5/31/2016 | BLACK NI WHITE #2 INTERRACIAL BAREBACK |
| PA0001668281 | 12/11/2009 | Cody Kyler Pinga Paradise |
| PA0001737150 | 2/7/2011 | CODY KYLER'S PINGA PARADISE #2 |
| PA0002036969 | 3/14/2017 | DOMINANT RAW TOPS #7:Man Milk |
| PA0001803007 | 4/27/2012 | Dominant Raw Tops 3: Nut up or Shut up! |
| PA0002025857 | 3/3/2017 | FEED & BREED #4 FLOOD MY HOLE |
| PA0001830766 | 12/10/2012 | Flava Works Video Edits Fall 2012 |
| PA0001828190 | 8/28/2012 | Flava Works Video Edits Spring 2012 |
| VA0001760400 | 2/7/2011 | Flava Works Website Edits 2009 |
| PA0002281765 | 12/30/2019 | Latin MilkMen |
| PA0001748155 | 8/12/2011 | Miami Uncut #3, Tropical Dicks, PapiCock Presents |
| PA0001993082 | 5/31/2016 | MIAMI UNCUT #6: Lust in Paradise |
| PA0001737154 | 2/7/2011 | MIAMI UNCUT#2: Hot as Hell - Papicock Presents |
| PA0001863010 | 5/20/2013 | MIAMI UNCUT#4: Sizzle |
| PA0001917804 | 9/22/2014 | MIAMI UNCUT#5: Heatwave |
| PA0001764940 | 9/13/2011 | Miami Uncut #2, Hot as Hell, Papicock Presents. |
| PA0001294208 | 9/12/2005 | MixItUpBoy 1 |
| PA0001294209 | 9/12/2005 | MixItUpBoy 2 |
| PA0001748164 | 8/12/2011 | Mixxxed Nuts #3: Almond Joy |
| PA0001748148 | 8/12/2011 | Mixxxed Nuts #4: Nuts by the Pound |

| Exhibit B to the Complaint | | |
|---|---|---|
| **REGISTRATION #** | **REG DATE** | **TITLE OF WORK** |
| PA0001802909 | 4/27/2012 | Mixxxed Nuts #5: Sweet,Salty & Sticky |
| PA0001841880 | 4/25/2013 | MIXXXED NUTS #7: Dark Nut Rises |
| PA0001861002 | 5/1/2013 | MIXXXED NUTS #8: COCONUTS |
| PA0002025838 | 3/3/2017 | Mixxxed Nuts RAW #1 |
| PA0001687480 | 6/24/2010 | Mixxxed Nuts #2: Taste the Crunch |
| PA0001668011 | 12/11/2009 | Nightmare on Elmo Street |
| PA0002037052 | 2/23/2017 | Orgy Fuckers #4: You Ain't Ready |
| PA0001772428 | 1/10/2012 | Raw & Nasty 3: Gimmie dat Nut |
| PA0001841890 | 4/25/2013 | RAW AND NASTY 5: Cum Filled |
| PA0001822522 | 11/26/2012 | RAW ASS POUNDERS #1 |
| PA0001677046 | 1/13/2010 | Raw Dickin It #2: Cravin Raw Dick |
| PA0002224253 | 1/6/2020 | Raw in Rio #2: Ready, Set, Breed |
| PA0002230890 | 12/31/2019 | Raw in Rio #4: Cum Inside Me! |
| PA0002230889 | 12/31/2019 | Raw in Rio #5: Papi Cream |
| PA0002025846 | 3/3/2017 | RAW RODS #14: IMPREGNATORS |
| PA0001677124 | 1/15/2010 | Raw Rods #4: Raw Beat Down |
| PA0001677123 | 1/15/2010 | Raw Rods #5: Deep Impact |
| PA0001691644 | 5/11/2010 | Raw Rods #6: Crazy for Cum |
| PA0001748166 | 8/12/2011 | Raw Rods #8: Flood That Booty |
| PA0001861001 | 5/1/2013 | RAW THUGS #4: RAW PLAYAZ |
| PA0001841874 | 4/25/2013 | RAW. CUM DUMPSTERS #2: Lick My Nut |
| VA0001792407 | 6/24/2010 | RawRods.com 2010 |
| PA0001294216 | 9/12/2005 | Rio uncut 2 |
| PA0001635771 | 6/30/2008 | Snow Ballerz |
| PA0001668232 | 12/11/2009 | Snow Ballerz V3: Avalanche! |
| PA0001789156 | 4/30/2012 | SWAGGERS #2: Dickin Down Deep |
| PA0001802983 | 4/27/2012 | Swaggers #3: DTF (Down to Fuck) |
| PA0001635924 | 6/30/2008 | Thug Mansion, Breion Diamond's Crib |

| **Exhibit B to the Complaint** | | |
| --- | --- | --- |
| | | |
| **REGISTRATION #** | **REG DATE** | **TITLE OF WORK** |
| PA0001294211 | 9/12/2005 | Thugboy 1 |
| PA0001748147 | 8/12/2011 | Thugboy V11 - Running from the Dick |
| PA0001797238 | 6/29/2012 | Thugboy V12 - Banging Backs Out |
| PA0001668238 | 12/11/2009 | Thugboy V8 - Fuck What You Heard |
| PA0001635774 | 6/30/2008 | ThugBoy Vol 4 : Thugged Out |
| VA0001837588 | 6/24/2010 | Thugboy.com 2010 |
| PAu004192666 | 7/27/2023 | Ultimate: Arvion Kylers |
| PA0001841894 | 4/25/2013 | WHITE ASS PUNISHERS |
| PA0001917813 | 9/22/2014 | WHITE ASS PUNISHERS #2: FACE DOWN ASS UP |