UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FlavaWorks Entertainment, Inc.,** ) | |
| **Blatino Media, Inc.,** ) | |
| Plaintiff, ) | Case No. : 1:24-cv-09725 |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| **Joel Lewitzky,** ) | |
| **John Doe 1 (username augire2)** ) | |
| **John Doe 2 (username batsu454)** ) | |
| **John Doe 3 (username blackbike20)** ) | |
| **John Doe 4 (username Cards1uk)** ) | |
| **John Doe 5 (username Chaman)** ) | |
| **John Doe 6 (username Clorino404)** ) | |
| **John Doe 7 (username Daledale)** ) | |
| **John Doe 8 (username Daleorama)** ) | |
| **John Doe 9 (username Dave858)** ) | |
| **John Doe 10 (username ekospirit)** ) | |
| **John Doe 11 (username gzh004)** ) | |
| **John Doe 12 (username Hubrys)** ) | |
| **John Doe 13 (username Joewija)** ) | |
| **John Doe 14 (username Lilraverprep)** ) | |
| **John Doe 15 (username Luvpecs)** ) | |
| **John Doe 16 (username Nyethi)** ) | |
| **John Doe 17 (username Paulrc)** ) | |
| **John Doe 18 (username Slchung)** ) | |
| **John Doe 19 (username Thomblack)** ) | |
| **John Doe 20 (username Trashcat)** ) | |
| **John Doe 21 (username Yatjug)** ) | |
| **John Doe 22 (username Zanefan)** ) | |
| **John Doe 23 (username xaoslao)** ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT NO. 16**

Plaintiff, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant John Doe 16 (username Nyethi). Each party

shall bear its own attorney's fees and costs.

      The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal with prejudice under Rule 41(a)(1) is appropriate.

      Respectfully submitted,

Dated: October 22, 2024      FlavaWorks Entertainment, Inc. and

      Blatino Media, Inc.

      By: s/ *Hameed Odunewu*
      Hameed Odunewu (Bar No. 6346462)
      FlavaWorks Entertainment, Inc.
      Blatino Media, Inc.
      2705 West Fulton St
      Chicago, IL 60612-2003
      (240) 918-2785 Telephone
      Hameed@flavaworks.com

      Attorney for Plaintiff
      FlavaWorks Entertainment, Inc. and
      Blatino Media, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of John Doe Defendant No. 16 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 22, 2024.

      s/Hameed Odunewu