Flava Works Entertainment, Inc., et al.
                                                   Plaintiff,

v.                                                                                             Case No.: 1:24−cv−09725
                                                                                                   Honorable Franklin U. Valderrama

Joel Lewitzky, et al.
                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Plaintiffs' motion for leave to take discovery prior to Rule 26(f) conference [11]. The motion references an accompanying memorandum and declaration; however, it does not appear that those documents have been filed on the docket. The Court directs Plaintiffs to file those documents by 11/8/2024. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.