# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                      Plaintiff,

v.                                            Case No.: 1:24−cv−09725
                                                     Honorable Franklin U. Valderrama

Joel Lewitzky, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Voluntary Dismissal of John Doe Defendants No. 11 and No. 22 [13] and pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice as to Defendant John Doe 11 (username gzh004) and John Doe 22 (username Zanefan). Each party shall bear its own attorney's fees and costs. The case continues against the remaining Defendants. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.