**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.
                              Plaintiff,

v.                                                  Case No.: 1:24−cv−09725
                                                       Honorable Franklin U. Valderrama

Joel Lewitzky, et al.
                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeannice W. Appenteng for the purpose of holding proceedings related to: Discovery Supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (jcm) Mailed notice.

Dated: November 14, 2024

                                                                               /s/ Franklin U. Valderrama

                                                                               United States District Judge