UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Flava Works Entertainment, Inc., et al.
                                      Plaintiff,

v.                                    Case No.: 1:24−cv−09725
                                      Honorable Franklin U. Valderrama

Joel Lewitzky, et al.
                                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2024:

MINUTE entry before the Honorable Jeannice W. Appenteng: This case has been referred to Magistrate Judge Appenteng for discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters [17], [18]. Plaintiff's amended motion for leave to take discovery prior to Rule 26(f) conference [14] is entered and continued. By 11/18/2024, plaintiff shall file the referenced accompanying memorandum and declaration. By 12/17/2024, the parties shall hold a Rule 26(f) conference and file a joint status report setting forth the information in the Court's Standing Order for Initial Status Report. If defendants have not been served with process by 12/17/2024, plaintiff, instead, shall file a status report updating the Court on its efforts to serve defendants and its plan to have them served. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.