UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Flava Works Entertainment, Inc., et al.
                              Plaintiff,

v.                                                                            Case No.: 1:24−cv−09725
                                                                            Honorable Franklin U. Valderrama
Joel Lewitzky, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: On 11/14/2024, the Court directed plaintiff to, by 11/18/2024, file the accompanying memorandum and declaration to its motion for leave to take discovery prior to Rule 26(f) conference. On 12/6/2024, plaintiff refiled the motion with the declaration [23], but the memorandum is still not filed on the docket. Accordingly, the Court denies the pending motions for discovery [14], [23], without prejudice. The parties are reminded that by 12/17/2024 they shall hold a Rule 26(f) conference and file a joint status report. If defendants have not been served with process by 12/17/2024, plaintiff shall instead file a status report updating the Court on its efforts to serve defendants and its plan to have them served. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.