# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.

Case No.: 1:24–cv–09725

Honorable Franklin U. Valderrama

Joel Lewitzky, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2024:

MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Plaintiffs' motion to amend the complaint and convert John Does to named Defendants [22]. Plaintiff is directed to file the amended complaint on the docket on or before 12/16/2024. Upon filing the amended complaint, the Clerk is directed to issue summons to each defendant and provide them to plaintiff via his email address listed on the court's docket. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.