**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.

                         Plaintiff,

v.                                 Case No.: 1:24−cv−09725
                                 Honorable Franklin U. Valderrama

Joel Lewitzky, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

        MINUTE entry before the Honorable Jeannice W. Appenteng: Plaintiffs' motion for discovery [26] is granted. Plaintiffs may conduct early discovery under Rule 26(d)(1) by issuing Rule 45 subpoenas for the limited purpose of discovering the identities of the John Doe defendants. The 12/17/2024 deadline is stricken. By 1/3/2025, plaintiff shall file a status report updating the Court on its efforts to identify and serve defendants. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.