# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Flava Works Entertainment, Inc., et al.

                    Plaintiff,

v.
                                  Case No.: 1:24–cv–09725
                                  Honorable Franklin U. Valderrama

Joel Lewitzky, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 6, 2025:

       MINUTE entry before the Honorable Jeannice W. Appenteng: Plaintiff failed to comply with the Court's 12/13/2024 order [28]. By 5:00 p.m. on 1/9/2025, plaintiff shall file a status report updating the Court on its efforts to identify and serve defendants. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.