UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Blatino Media, Inc., | ) | |
|     Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Joel Lewitzky, | ) | |
| John Doe 1 (username augire2) | ) | |
| John Doe 2 (username batsu454) | ) | |
| John E. Perkins | ) | |
| John Doe 4 (username Cards1uk) | ) | |
| John Doe 5 (username Chaman) | ) | |
| Christopher Lorino | ) | |
| John Doe 7 (username Daledale) | ) | |
| John Doe 8 (username Daleorama) | ) | |
| John Doe 9 (username Dave858) | ) | |
| John Doe 10 (username ekospirit) | ) | |
| John Doe 12 (username Hubrys) | ) | |
| Joe Wija | ) | |
| Gregory Ghazal | ) | |
| John Doe 15 (username Luvpecs) | ) | |
| John Doe 17 (username Paulrc) | ) | |
| John Doe 18 (username Slchung) | ) | |
| John Doe 19 (username Thomblack) | ) | |
| John Doe 20 (username Trashcat) | ) | |
| Peter Sacco | ) | |
| John Doe 23 (username xaoslao) | ) | |
| Christian Millett | ) | |
| John Doe 25 (username gabej25) | ) | |
| John Doe 26 (username rlind50688) | ) | |
| John Doe 27 (username Cuzz1j) | ) | |
| John Doe 28 (username aircal72 ) | ) | |
| John Doe 29 (username umpf) | ) | |
| John Doe 30 (username WillieD) | ) | |
|     Defendants. | ) | |

INITIAL STATUS REPORT

Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc., by and through their undersigned counsel, submit this Initial Status Report pursuant to the Court's order to provide an update regarding efforts to identify and serve Defendants.

1. Amended Complaint

    The Court approved and filed Plaintiffs' Second Amended Complaint on December 12, 2024. In the amended complaint, Plaintiffs named the following previously unidentified "John Doe" Defendants:

    - John Doe 3 as John E. Perkins;
    - John Doe 6 as Christopher Lorino;
    - John Doe 13 as Joe Wija;
    - John Doe 14 as Gregory Ghazal; and
    - John Doe 21 as Peter Sacco.

2. Efforts to Serve Named Defendants

    Subpoenas for the named Defendants have been issued and provided to a special process server. The process server is actively working to serve these Defendants. Plaintiffs anticipate filing proofs of service with the Court promptly upon successful completion of service.

3. Efforts to Identify Remaining Unnamed Defendants

    Plaintiffs have issued subpoenas to Internet Service Providers (ISPs) to identify the remaining unnamed "John Doe" Defendants. Plaintiffs are diligently reviewing the responses to these subpoenas and will amend the Complaint further if additional Defendants are identified.

4. Next Steps

    Plaintiffs intend to:

    - File returns of service for the named Defendants as soon as service is completed;
    - Continue investigative efforts to identify the remaining "John Doe" Defendants; and
    - Keep the Court apprised of any significant developments.

5. Conclusion

    Plaintiffs have made substantial progress in identifying and serving Defendants in this matter. Plaintiffs remain committed to ensuring compliance with all Court deadlines and orders.

Dated: January 9, 2025

Respectfully submitted,

/s/ Hameed Odunewu

Attorney for Plaintiffs

FlavaWorks Entertainment, Inc.

Blatino Media, Inc.

2705 West Fulton

Chicago, IL 60612-2003

Hameed@flavaworks.com

(240) 918-2785

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 9, 2025, a true and correct copy of the foregoing Initial Status Report was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Hameed Odunewu

Attorney for Plaintiffs