## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                              Plaintiff,

v.                              Case No.: 1:24−cv−09725
                              Honorable Franklin U. Valderrama

Joel Lewitzky, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

    MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed plaintiff's 1/9/2025 status report [33], which indicates plaintiff has made progress identifying and serving defendants, but 21 defendants remain unidentified. By 1/30/2025, plaintiff shall file a status report updating the Court on its efforts to identify and serve remaining defendants. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.