UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FlavaWorks Entertainment, Inc.,** | ) | |
| **Blatino Media, Inc.,** | ) | |
|     Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Joel Lewitzky,** | ) | |
| **John Doe 1 (username augire2)** | ) | |
| **John Doe 2 (username batsu454)** | ) | |
| **John Doe 3 (username blackbike20)** | ) | |
| **John Doe 4 (username Cards1uk)** | ) | |
| **John Doe 5 (username Chaman)** | ) | |
| **John Doe 6 (username Clorino404)** | ) | |
| **John Doe 7 (username Daledale)** | ) | |
| **John Doe 8 (username Daleorama)** | ) | |
| **John Doe 9 (username Dave858)** | ) | |
| **John Doe 10 (username ekospirit)** | ) | |
| **John Doe 11 (username gzh004)** | ) | |
| **John Doe 12 (username Hubrys)** | ) | |
| **John Doe 13 (username Joewija)** | ) | |
| **John Doe 14 (username Lilraverprep)** | ) | |
| **John Doe 15 (username Luvpecs)** | ) | |
| **John Doe 17 (username Paulrc)** | ) | |
| **John Doe 18 (username Slchung)** | ) | |
| **John Doe 19 (username Thomblack)** | ) | |
| **John Doe 20 (username Trashcat)** | ) | |
| **John Doe 21 (username Yatjug)** | ) | |
| **John Doe 22 (username Zanefan)** | ) | |
| **John Doe 23 (username xaoslao)** | ) | |
|     Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOEL LEWITZKY  JOHN DOE DEFENDANTS NO. 19

Plaintiff, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes

of action in the complaint against Defendants John Doe 19 (username Thomblack) and Joel

Lewitzky. Each party shall bear its own attorney's fees and costs.

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal with prejudice under Rule 41(a)(1) is appropriate.

        Respectfully submitted,

        /s/Hameed Odunewu

        Attorney for Plaintiff
        FlavaWorks Entertainment, Inc. and
        Blatino Media, Inc.

Dated: January 23, 2025

Hameed Odunewu (Bar No. 6346462)
FlavaWorks Entertainment, Inc.
Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of John Doe Defendant No. 11 and John Doe Defendant No. 22 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 8, 2024.

<u>s/Hameed Odunewu</u>