# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FlavaWorks Entertainment, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>Joel Lewitzky et al.,<br><br>            Defendants. | Case No. 1:24-cv-09725<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT PETER SACCO'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

**WHEREAS**, on December 17, 2024, Plaintiff filed a Second Amended Complaint ("SAC") (Doc. No. 30);

**WHEREAS**, the current deadline for Defendant Peter Sacco to respond to the SAC is February 7, 2024;

**WHEREAS**, Mr. Sacco has just recently retained counsel and has requested an additional 30 days of time to respond to the SAC so that Mr. Sacco and his counsel can have sufficient time to fully respond;

**WHEREAS**, this is the first extension request by Mr. Sacco in this action;

**WHEREAS**, this extension will not affect any other deadlines set by the Court; and

**WHEREAS**, Plaintiff has agreed to the extension request;

**IT IS THUS HEREBY STIPULATED, BY AND BETWEEN PLAINTIFF AND MR. SACCO, THROUGH COUNSEL OF RECORD**, that Mr. Sacco's deadline to respond to the SAC be and hereby is March 10, 2025.

Dated: January 29, 2025

| | |
|---|---|
| /s/ *Michael D. Cilento*_____<br>Michael D. Cilento  (*pro hac vice* pending)<br>**LEWIS & LIN, LLC**<br>77 Sands Street, 6th Floor<br>Brooklyn, NY 11201<br>Michael@iLawco.com<br>Tel: (718) 243-9323<br>Fax: (718) 243-9326<br>*Attorneys for Defendant Peter Sacco* | /s/ *Hameed Odunewu*_____<br>Hameed Odunewu<br>2405 West Fulton<br>Chicago, IL 60612-2003<br>hameed@flavaworks.com<br>*Attorneys for Plaintiff FlavaWorks Entertainment, Inc.* |

DATED: _____, 2025            **IT IS SO ORDERED.**


_____
Hon. Franklin U. Valderrama
U.S.D.C