UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Flava Works Entertainment, Inc., et al.
                                Plaintiff,
v.                                              Case No.: 1:24−cv−09725
                                                Honorable Franklin U. Valderrama
John Doe 1, et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

    MINUTE entry before the Honorable Franklin U. Valderrama: Attorney Michael D. Cilento's motion for leave to appear pro hac vice [38] is granted. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.