UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Flava Works Entertainment, Inc., et al.
                Plaintiff,

v.                               Case No.: 1:24−cv−09725
                                       Honorable Franklin U. Valderrama

John Doe 1, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is a stipulation to extend the time for Defendant Peter Sacco to respond to the Second Amended Complaint [39]. The Court advises the parties that, because the request requires Court approval, it should be filed as an agreed motion. Construing the filing as an agreed motion, the Court grants the request. Defendant Peter Sacco's responsive pleading is now due 3/10/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.