UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Blatino Media, Inc., | ) | |
|     Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| , | ) | |
| John Doe 1, et al | | |

STATUS REPORT

1. Plaintiffs have received subpoena responses from Yahoo, Google, and NetZero and are awaiting additional responses from Google to aid in efforts to identify and name additional Defendants.

2. Plaintiffs have successfully served Peter Sacco and Christian Millett. An attorney for Peter Sacco has entered an appearance in this case.

3. Plaintiffs have been unable to serve the remaining named Defendants despite diligent efforts and will continue attempts at service.

4. Plaintiffs have voluntarily dismissed Defendant John Doe 19 and Defendant Joel Lewitzky from this action, and appropriate filings have been made with the Court.

    Dated: February 4, 2025                      Respectfully submitted,
                                                        /s/ Hameed Odunewu
                                                        Attorney for Plaintiffs

Hameed Odunewu
FlavaWorks Entertainment, Inc.
2705 West Fulton
Chicago, IL 60612-2003
Hameed@flavaworks.com
(240) 918-2785

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 4, 2025, a true and correct copy of the foregoing Initial Status Report was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

<u>/s/ Hameed Odunewu</u>
Attorney for Plaintiffs