Flava Works Entertainment, Inc., et al.

Plaintiff,

v.                                                          Case No.: 1:24−cv−09725

Honorable Franklin U. Valderrama

John Doe 1, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2025:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed plaintiffs' 2/4/2025 status report [42], which was improperly filed before the District Judge. Plaintiffs indicate they are awaiting on a subpoena response and working diligently to identify additional defendants. By 3/4/2025, plaintiff shall file a status report updating the Court on its efforts to identify and serve remaining defendants. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.