UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Blatino Media, Inc., | ) | |
| Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| John Doe 1, et al | | |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANT JOHN DOE 28 (USERNAME AIRCAL72) WITH PREJUDICE

Plaintiffs, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., by and through their undersigned counsel, respectfully move this Honorable Court for an order dismissing Defendant John Doe 28 (username Aircal72) from this action with prejudice. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed this action against multiple Defendants, including John Doe 28 (username Aircal72), asserting claims under the Copyright Act, 17 U.S.C. § 101 et seq., and the Lanham Act, 15 U.S.C. § 1051 et seq.

2. Upon further review, Plaintiffs have determined that dismissal of Defendant John Doe 28 (username Aircal72) is appropriate at this time.

3. Plaintiffs seek dismissal of John Doe 28 (username Aircal72) with prejudice, meaning Plaintiffs will not refile claims against this Defendant arising out of the same allegations.

4. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs respectfully request that this Court enter an order dismissing John Doe 28 (username Aircal72) with prejudice, with each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion and enter an order dismissing Defendant John Doe 28 (username Aircal72) with prejudice, and for such further relief as this Court deems just and proper.

Dated: February 19, 2025

Respectfully submitted,
/s/ Hameed Odunewu
Attorney for Plaintiffs

Hameed Odunewu
FlavaWorks Entertainment, Inc.
2705 West Fulton
Chicago, IL 60612-2003
Hameed@flavaworks.com
(240) 918-2785