UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Blatino Media, Inc., | ) | |
|     Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| , | ) | |
| John Doe 1, et al | | |

## PLAINTIFFS' MOTION TO QUASH SUBPOENA TO GOOGLE FOR JOHN DOE 28 (USERNAME AIRCAL72)

Plaintiffs, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., by and through their undersigned counsel, respectfully move this Honorable Court for an order quashing the subpoena issued to Google, LLC seeking information related to John Doe 28 (username Aircal72). In support of this motion, Plaintiffs state as follows:

1.    Plaintiffs issued a subpoena to Google, LLC requesting information related to various John Doe Defendants, including John Doe 28 (username Aircal72), to assist in the identification of Defendants in this action.

2.    Upon further review, Plaintiffs have determined that John Doe 28 (username Aircal72) should be dismissed from this action, and accordingly, Plaintiffs no longer seek any information related to this individual from Google.

3.    Because the subpoena is no longer necessary as to John Doe 28 (username Aircal72), Plaintiffs move to quash the subpoena solely with respect to this Defendant to avoid any unnecessary burden on Google and to protect the privacy interests of the individual.

4.  Plaintiffs will notify Google in writing of the withdrawal of the subpoena as it pertains to John Doe 28 (username Aircal72) and will provide a copy of the Court's order granting this motion once issued.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion and enter an order quashing the subpoena issued to Google for John Doe 28 (username Aircal72) and grant any further relief the Court deems just and proper.

Respectfully submitted,

Dated: February 21, 2025

Hameed Odunewu
FlavaWorks Entertainment, Inc.
2705 West Fulton
Chicago, IL 60612-2003
Hameed@flavaworks.com
(240) 918-2785

Respectfully submitted,
/s/ Hameed Odunewu
Attorney for Plaintiffs