Flava Works Entertainment, Inc., et al.
                              Plaintiff,

v.                                                      Case No.: 1:24−cv−09725
                                                         Honorable Franklin U. Valderrama

John Doe 1, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Plaintiffs' motion to quash subpoena [46] to Google for John Doe 28 (username Aircal72). The Court notes that it is not sure that an order quashing the subpoena is strictly necessary, since Plaintiffs, as the issuer of the subpoena, can notify Google of the withdrawal of the subpoena, but in the interests of efficiency and with no risk of prejudice to any party, the Court grants the motion. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.