UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Blatino Media, Inc., | ) | |
| Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| , | ) | |
| John Doe 1, et al | | |

## PLAINTIFF'S NOTICE OF VOLUNTARY  DISMISSAL OF DEFENDANT PETER SACCO

Plaintiff, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil  Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant Peter Sacco.  Each party shall bear its own attorney's fees and costs.

The respective  Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal with prejudice  under Rule  41(a)(1) is appropriate.

Respectfully submitted,

/s/Hameed Odunewu

Attorney for Plaintiff
FlavaWorks Entertainment, Inc. and
Blatino Media,  Inc.

Dated: February 28, 2025
Hameed Odunewu (Bar No. 6346462)
FlavaWorks Entertainment, Inc.

Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com