UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Blatino Media, Inc., | ) | |
|     Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| , | ) | |
| John Doe 1, et al | | |

## PLAINTIFFS' STATUS REPORT

Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc., by and through undersigned counsel, submit this Updated Status Report pursuant to the Court's order and Local Rule 5.2 to provide an update on their efforts to identify and serve Defendants.

Plaintiffs have voluntarily dismissed John Doe 28 (username Aircal72) and Peter Sacco from this action. Plaintiffs are currently awaiting subpoena responses from Internet Service Providers in order to proceed with the naming of remaining John Doe Defendants. Upon receipt and review of the ISP responses, Plaintiffs intend to amend the complaint to substitute additional named Defendants, if applicable.

Defendant, Christian Millett was served on January 23, 2025, but has yet to file an appearance in this matter. Plaintiffs have been unable to effectuate service on Defendants Joe Wija, Gregory Ghazal, Christopher Lorino, and John E. Perkins despite multiple attempts. Plaintiffs are conducting skip trace investigations to confirm and obtain updated addresses for the unserved Defendants. Additionally, Plaintiffs have enlisted a special process server to make

multiple attempts at service. Given the challenges in serving these Defendants through traditional means, Plaintiffs intend to bring a motion for alternative service in the near future.

Plaintiff has received subpoena responses from Google Inc, however there are deficiencies in the provided information. Plaintiff is in the process of contacting Google Inc to cure the deficiencies. Plaintiff is awaiting subpoena responses from Yahoo Inc. and AOL. Plaintiffs will continue to monitor ISP subpoena responses and update the Court on any newly identified Defendants.

Plaintiffs remain diligent in their efforts to identify, serve, and prosecute claims against the remaining Defendants in this matter. Plaintiffs will keep the Court apprised of further developments as they arise.

There are no pending motions in this matter and a Discovery Schedule has not been set.

Respectfully submitted

Dated: March 4, 2025                                  Respectfully submitted,
                                                                          /s/ Hameed Odunewu
                                                                          Attorney for Plaintiffs

Hameed Odunewu
FlavaWorks Entertainment, Inc.
2705 West Fulton
Chicago, IL 60612-2003
Hameed@flavaworks.com
(240) 918-2785