| | | |
|---|---|---|
| **FlavaWorks Entertainment, Inc.,** | ) | |
| **Blatino Media, Inc.,** | ) | |
| **Plaintiff,** | ) | **Case No. : 1:24-cv-09725** |
| | ) | |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **John Doe 1, et al** | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY  DISMISSAL OF DOE DEFENDANT NO. 10

Plaintiff, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., pursuant to Rule

41(a)(1) of the Federal Rules of Civil  Procedure, hereby dismisses without prejudice all

causes of action in the complaint against Defendant John E. Perkins.  Each party shall bear its

own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for

summary judgment in this matter. Therefore, it is respectfully submitted that dismissal with

prejudice  under Rule  41(a)(1) is appropriate.

Respectfully submitted,
*/s/Hameed Odunewu*
FlavaWorks Entertainment, Inc.
and Blatino Media,  Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc.
Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com