UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Flava Works Entertainment, Inc., et al.
                           Plaintiff,

v.                                            Case No.: 1:24−cv−09725
                                            Honorable Franklin U. Valderrama

John Doe 1, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiffs' Notice of Voluntary Dismissal [58] and pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed without prejudice as to Defendant John E. Perkins, with each party to bear its own attorneys' fees and costs. The case continues against the remaining Defendants. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.