Flava Works Entertainment, Inc., et al.

                      Plaintiff,

v.                                    Case No.: 1:24−cv−09725

                                    Honorable Franklin U. Valderrama

John Doe 1, et al.

                      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiffs' status report [60], which advises that Plaintiffs are waiting on subpoena responses from the Internet Service Providers to name the remaining Defendants, and that Plaintiffs have been unable to effectuate service on several named Defendants despite diligent efforts, and intend to bring a motion for alternative service. By 5/30/2025, Plaintiffs shall file a status report updating the Court on their efforts. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.