UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Flava Works Entertainment, Inc., et al.
                Plaintiff,

v.                                Case No.: 1:24−cv−09725
                                Honorable Franklin U. Valderrama

John Doe 1, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed plaintiffs' 4/15/2025 status report [60], which indicates plaintiffs are working diligently to identify and serve the remaining defendants. By 6/11/2025, plaintiffs shall file a status report updating the Court on their efforts. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.