# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                          Plaintiff,

v.                                        Case No.: 1:24−cv−09725
                                        Honorable Franklin U. Valderrama

John Doe 1, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2025:

      MINUTE entry before the Honorable Jeannice W. Appenteng: In light of the District Judge's order [61], the Court strikes the 6/11/2025 joint status report deadline set in [62]. Tracking status hearing set for 6/2/2025 at 8:30 a.m., for tracking purposes only (no appearance required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.