UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FlavaWorks Entertainment, Inc.,**  )  <br>**Blatino Media, Inc.,**  )  <br>　　　　　Plaintiff,  )  <br>　　　　　　　　　　　　　)  <br>　v.　　　　　　　　　　　)  <br>　　　　　　　　　　　　　)  <br>**John Doe 1, et al**  )  <br>　　　　　Defendants.  ) | Case No. : 1:24-cv-09725 <br><br> JURY TRIAL DEMANDED |

## STATUS REPORT

1. Service of Defendants

    Plaintiffs have been unable to effectuate service on certain named Defendants despite diligent efforts. Plaintiffs intend to file a motion for alternative service in the coming days to facilitate service on those individuals.

2. Motion to Dismiss John Doe 17 (username: paulrc)

    Plaintiffs have today submitted a Notice of Voluntary Dismissal as to Defendant John Doe 17 (username: paulrc), pursuant to Federal Rule of Civil Procedure 41(a).

3. Identification of John Doe 9 (username: Dave858)

    Plaintiffs have recently confirmed the identity of John Doe 9. A motion to convert this Defendant to a named individual will be filed shortly.

4. Ongoing Subpoena Efforts

    Plaintiffs have transmitted additional subpoena requests to various Internet Service

Providers (ISPs) to assist in identifying the remaining John Doe Defendants. While some responses are anticipated during the month of June 2025, Plaintiffs note that response times vary, and certain providers historically take longer to respond.

Dated: June 9, 2025

                                                 Respectfully submitted,

                                                 */s/Hameed Odunewu*
                                                 FlavaWorks Entertainment, Inc. and
                                                 Blatino Media, Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc.
Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 9, 2025, a true and correct copy of the foregoing Initial Status Report was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Hameed Odunewu
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

       The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of John Doe Defendant No. 16 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 17, 2025.

                                              s/Hameed Odunewu
                                         _____