**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.
                                        Plaintiff,
v.                                       Case No.: 1:24−cv−09725
                                         Honorable Franklin U. Valderrama
John Doe 1, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama: On 4/16/2025, the Court ordered Plaintiffs to file a status report updating the Court on their efforts to effectuate service on Defendants [61]. Plaintiffs filed a status report with the requested information over a week later, on 6/10/2025. The Court reminds Plaintiffs that they must comply with all Court orders and deadlines. In their status report of 6/10/2025, Plaintiffs state that they been unable to effectuate service on certain named Defendants despite diligent efforts. Plaintiffs intend to file a motion for alternative service in the coming days to facilitate service on those individuals. Plaintiffs also inform the Court that they have recently confirmed the identify of John Doe 9, and will file a motion to convert this Defendant to a named Defendant. Finally, the Plaintiffs state that they have transmitted additional subpoena requests to various Internet Service Providers to assist in identifying the remaining John Doe Defendants, and that some responses are anticipated in June 2025. According to Plaintiff, "response times vary, and certain providers historically take longer to respond." The Court notes that this case was filed more than 8 months ago, on 10/8/2024. It is not clear to the Court why, after 8 months, Plaintiffs have still not been able to identify all Defendants. The Court advises Plaintiffs that under Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Plaintiffs are put on notice that they must effectuate service on all unserved Defendants or before 6/30/2025. If Plaintiffs plan to file a motion for alternative service, they should do so promptly in order to comply with the deadline. If Plaintiffs intend to attempt to show good cause for the failure under Rule 4(m), they must submit such a filing, with details about their efforts and the timeliness of those efforts, no later than 6/30/2025. Finally, on or before 6/17/2025, the Court directs Plaintiffs to file a motion for alternative service and a motion to convert John Doe 9 to a named Defendant. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.