**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.

                                         Plaintiff,

v.                                                    Case No.: 1:24–cv–09725
                                                      Honorable Franklin U. Valderrama

John Doe 1, et al.

                                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

     MINUTE entry before the Honorable Jeannice W. Appenteng: The 7/1/2025 tracking status hearing is stricken and reset to 7/15/2025, for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.