# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                                    Plaintiff,

v.                                                   Case No.: 1:24−cv−09725
                                                  Honorable Franklin U. Valderrama

John Doe 1, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Plaintiffs' status report pursuant to Fed. R. Fed. P. 4(m), which explains the efforts Plaintiffs have undergone to ascertain the identities of Defendants in order to effectuate service. The Court shows that Plaintiffs have shown good cause to extend the time for service. Plaintiffs are directed to file a further status report as to the status of service and/or proposed next steps on or before 8/16/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.