AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)  - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RODNEY BLOCK

was received by me on *(date)*    7/13/2025 3:58 PM    .

' I personally served the summons on the individual at *(place)*    2796 LILY CT
ANTIOCH, CA 94531.    on *(date)*   7/13/2025    ; or

' I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   7/14/2025

*Server's signature*

ANGELICA RODRIGUEZ
*Printed name and title*

SACRAMENTO
*Server's address*

Additional information regarding attempted service, etc: