AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gabriel Johnson

was received by me on *(date)* 7-16-25 .

X I personally served the summons on the individual at *(place)* Gabriel Johnson's Hands at 1486 Park Club

Dr. Westerville, Ohio 43081 on *(date)* 7-16-25 11:15AM ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-16-25

Rev. Tony Hodge
Server's signature

REV. TONY HODGE P.I. Agent
Printed name and title

1695 Franklin ave. Col. Oh. 43205
Server's address

Additional information regarding attempted service, etc: