# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FlavaWorks Entertainment, Inc.,<br>Blatino Media, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>John Doe 1 (username augire2)<br>John Doe 2 (username batsu454)<br>John Doe 4 (username Cards1uk)<br>John Doe 5 (username Chaman)<br>Christopher Lorino<br>Rodney Block<br>John Doe 8 (username Daleorama)<br>David Tam<br>Michael Shane Gordon<br>Joe Wija<br>Gregory Ghazal<br>John Doe 15 (username Luvpecs)<br>John Doe 20 (username Trashcat)<br>Davon Applewhite<br>Christian Millett<br>Gabriel Johnson<br>Richard Lindner<br>Joshua Cofield<br>Kevin Mediana<br>John Doe 30 (username WillieD),<br><br>        Defendants. | Case No. 1:24-cv-09725<br><br>Judge:    Hon. Franklin U. Valderrama |

## AGREED MOTION AND PROPOSED ORDER
## TO EXTEND DEFENDANT DAVID TAM'S TIME TO RESPOND TO
## FOURTH AMENDED COMPLAINT

**WHEREAS**, on June 24, 2025, Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc. ("Plaintiffs") filed a Fourth Amended Complaint (Dkt. No. 83);

**WHEREAS**, the current deadline for Defendant David Tam to respond to the Fourth Amended Complaint is August 4, 2025;

WHEREAS, Mr. Tam has requested an additional two (2) weeks of time to respond to the Fourth Amended Complaint;

WHEREAS, this is the first extension request by Mr. Tam in this action;

WHEREAS, this extension will not affect any other deadlines set by the Court; and

WHEREAS, Plaintiffs have agreed to the extension request;

**IT IS THUS HEREBY STIPULATED AND AGREED, BY AND BETWEEN PLAINTIFFS AND MR. TAM, THROUGH THEIR COUNSEL**, that Mr. Tam's deadline to answer, move or otherwise plead in response to Plaintiffs' operative Fourth Amended Complaint shall be extended from August 4, 2025 to August 18, 2025.

Dated: July 18, 2025

 _/s/ Safia Gray Hussain_
Safia G. Hussain (*pro hac vice* pending)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067
sghussain@loeb.com
Tel: 310.282.2000
*Attorneys for Defendant David Tam*

 _/s/ Hameed Odunewu_
Hameed Odunewu
2405 West Fulton
Chicago, IL 60612-2003
hameed@flavaworks.com
Attorneys for Plaintiffs
*FlavaWorks Entertainment, Inc. and Blatino Media, Inc.*

DATED: _____, 2025

**IT IS SO ORDERED.**

_____
Hon. Franklin U. Valderrama
United States District Judge