## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of IL

Case Number: 1:24-CV-09725

Plaintiff:
**FLAVAWORKS ENTERTAINMENT INC, BLATINO MEDIA INC**

vs.

Defendant:
**JOHN DOE1, ET AL**

For:
HAMEED ODUNEWU

Received by SHARON MURPHY to be served on **MICHAEL SHANE GORDON, 14108 MASTERS WAY, ALPHARETTA, GA 30005**.

I, SHARON MURPHY, being duly sworn, depose and say that on the **18th day of July, 2025 at 2:40 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **A SUMMONS , COMPLAINT & CERTIFICATE OF SERVICE** with the date and hour of service endorsed thereon by me, to: **MICHAEL SHANE GORDON** at the address of: **14108 MASTERS WAY, ALPHARETTA, GA 30005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: WHITE, Height: 6, Weight: 300, Hair: GREY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of ___GA___ , County of ___Forsyth___
Subscribed and Sworn to before me on the 22nd day of July, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**SHARON MURPHY**
GA CPS #327 DATE___7/22/25___

A PRO PROCESS SERVICE, LLC.
1650 Oak Farm Drive
Suite 3101
Alpharetta, GA 30005
(407) 902-7711

Our Job Serial Number: PSA-2025000392

> **STACY PEARSON**
> NOTARY PUBLIC
> Forsyth County
> State of Georgia
> My Comm. Expires October 8, 2027

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

