## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FlavaWorks Entertainment, Inc., <br> Blatino Media, Inc., <br><br> Plaintiff, <br><br> v. <br><br> John Doe 1 (username augire2) <br> John Doe 2 (username batsu454) <br> John Doe 4 (username Cards1uk) <br> John Doe 5 (username Chaman) <br> Christopher Lorino <br> Rodney Block <br> John Doe 8 (username Daleorama) <br> David Tam <br> Michael Shane Gordon <br> Joe Wija <br> Gregory Ghazal <br> John Doe 15 (username Luvpecs) <br> John Doe 20 (username Trashcat) <br> Davon Applewhite <br> Christian Millett <br> Gabriel Johnson <br> Richard Lindner <br> Joshua Cofield <br> Kevin Mediana <br> John Doe 30 (username WillieD), <br><br> Defendants. | Case No. 1:24-cv-09725 <br><br> Judge:  Hon. Franklin U. Valderrama |

### AGREED MOTION AND PROPOSED ORDER
### TO FURTHER EXTEND DEFENDANT DAVID TAM'S TIME TO RESPOND TO
### FOURTH AMENDED COMPLAINT

**WHEREAS**, on June 24, 2025, Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc. ("Plaintiffs") filed a Fourth Amended Complaint (Dkt. No. 83);

**WHEREAS**, pursuant to an agreed motion granted by the Court on July 23, 2025, the current deadline for Defendant David Tam to respond to the Fourth Amended Complaint is August

18, 2025;

**WHEREAS**, the parties are currently engaged in discussions regarding Plaintiffs' claims against Mr. Tam;

**WHEREAS**, to enable the parties sufficient time to continue such discussions, exchange information regarding, and investigate the bases for the claims asserted against Mr. Tam, Mr. Tam has requested an additional three (3) weeks of time to respond to the Fourth Amended Complaint;

**WHEREAS**, this is the second extension request by Mr. Tam in this action;

**WHEREAS**, the parties' Agreed Motion and Proposed Order to Extend Defendant David Tam's Time to Respond to Fourth Amended Complaint (Dkt. No. 98) was previously granted by the Court on July 23, 2025 (Dkt. No. 102);

**WHEREAS**, this extension will not affect any other deadlines set by the Court; and

**WHEREAS**, Plaintiffs have agreed to the extension request;

**IT IS THUS HEREBY STIPULATED AND AGREED, BY AND BETWEEN PLAINTIFFS AND MR. TAM, THROUGH THEIR COUNSEL**, that Mr. Tam's deadline to answer, move or otherwise plead in response to Plaintiffs' operative Fourth Amended Complaint shall be extended from August 18, 2025 to September 8, 2025.

Dated: July 30, 2025

  /s/ *Safia Gray Hussain*  
Safia G. Hussain (admitted *pro hac vice*)  
LOEB & LOEB LLP  
10100 Santa Monica Blvd., Ste. 2200  
Los Angeles, CA 90067  
sghussain@loeb.com  
Tel: 310.282.2000  
*Attorneys for Defendant David Tam*

  /s/ *Hameed Odunewu*  
Hameed Odunewu  
2405 West Fulton  
Chicago, IL 60612-2003  
hameed@flavaworks.com  
Attorneys for Plaintiffs  
*FlavaWorks Entertainment, Inc. and Blatino Media, Inc.*

241619405.1
245756-10001

DATED: _____, 2025

**IT IS SO ORDERED.**

_____
Hon. Franklin U. Valderrama
United States District Judge

241619405.1
245756-10001