# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of Illinois

**Flava Works Entertainment Inc., et al.**

       Plaintiff(s),

VS.

**John Doe 1, et al.**

       Defendant(s).

Attorney: Hameed Odunewu

FlavaWorks Entertainment Inc.
2705 W Fulton St,
Chicago IL 60612-2003



\*339941\*

**Case Number: 1:24-cv-09725**

Legal documents received on **07/15/2025** at **1:40 PM** to be served upon **Christian Millett, M.D. at 2616 Sherwood Hall Lane, Suite 306, Alexandria, VA 22306**

I, **Shannon Wynn**, swear and affirm that on **July 22, 2025** at **2:02 PM**, I did the following:

**Personally** Served **Christian Millett, M.D.** the person listed as the intended recipient of the legal document with this **Alias Summons in a Civil Action; Fourth Amended Complaint; Blatino Media Terms and Conditions** at **2616 Sherwood Hall Lane, Suite 306, Alexandria, VA 22306**.

**Description of Person Accepting Service:**
Sex: Male Age: 35-45 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: _7/29/25_

**Shannon Wynn**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:339941

