UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------------------------X

**FlavaWorks Entertainment, Inc., Blatino Media, Inc.,**

                    Plaintiff,                          Civil Action No: 1:24-cv-09725

          **-**against-                           **AFFIRMATION OF SERVICE**

**John Doe 1, et al**,

                    Defendant,.
-------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

          CHRISTOPHER BAEZ being duly sworn, says:

1.  I am not a party to this action, am over 18 years of age and reside in: Flushing NY 11354.

2.  On July 22, 2025, at 08:52 P.M., at 381 Sumpter St Apt 1R, Brooklyn , NY 11233, I served the within **Summons in a Civil Action; Jury Trial Demand; Certificate of Service; Exhibit** on the defendant **Davon B Applewhite** the individual named by delivering a true copy on **Davon B Applewhite** the individual named personally.

3.  I knew the person served to be the person described in the "SUMMONS". My knowledge of **Davon B Applewhite**, the individual named, and how I acquired it are as follows:

[]  I have known the Defendant for          years and
OR
[]  I identified Defendant by a photograph annexed to this affidavit which was given to me by the
          Plaintiff.
AND
[]  Plaintiff pointed out the Defendant.
AND
[**X**]  I asked the person served if he was the person named in the "SUMMONS" and Defendant
          admitted being the person so named.

5.  Deponent describes the individual served as follows:
Perceived Gender: **Male**
Height: **5'7" - 5'9"**
Weight: **200 LBS**
Age: **42 YRS**
Hair Color: **Bald**

<u>Eye Color</u>: **Brown**
<u>Perceived Race</u>: **African American**
<u>Other identifying features</u>, if any:

6. That none of the aforesaid persons is in the Military Service as defined by the Act of Congress, known as the "Soldiers' and Sailors' Civil Relief Act of 1940" and in "the New York "Soldiers' and Sailors' Civil Relief Act.".

7. Server Notes: I personally served **Davon B Applewhite**.

8. GPS Coordinates: **40.68122909, -73.90982661**

_____
Name: Christopher Baez
Lic # 2094952-DCA
HERMES EDGE INC.

Pursuant to NY CPLR § 2106. I affirm this **29th day of JULY, 2025**, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.