RODNEY BLOCK
2796 Lily Court
Antioch, CA 94531
PER SE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FlavaWorks Entertainment, Inc. Blatino Media, Inc, <br><br> Plaintiff, <br><br> v. <br><br> John Doe 1 (username augire2), et al., <br><br> Defendants | Case No. 1:24-cv-09725 <br> **Hon. Franklin U. Valderrama** <br><br> ANSWER TO FOURTH AMENDED COMPLAINT |

Defendant RODNEY BLOCK Answers ("Complaint"), as follows:

1. Defendant, to the extent the allegation applies to Defendant, admits the allegation contained in Paragraph 5 of the Fourth Amended Complaint.

2. Defendant denies Paragraphs 9-10, 29 & 31 of the Fourth Amended Complaint.

3. Defendant is without sufficient information to admit or deny the allegations contained in Paragraphs 1-4, 6-8, 11-28, 30-33 of the Fourth Amended Complaint and, therefore, denies the same.

Defendant RODNEY BLOCK further provides the following Defenses to the Fourth Amended Complaint.

1. The court does not have personal jurisdiction over the defendant because the defendant did not consent to personal jurisdiction.

2. The court does not have personal jurisdiction in the State of Illinois under the Illinois Long Arm Statute

WHEREFORE, Defendant requests the following relief:

1. Judgement in favor of Defendants.

2. Attorney's fees and costs, and.

3. That the Court grant such other and further orders as appropriate and just.

DATED: July 31, 2025, RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　/S/  *Rodney Block*
　　　　　　　　　　　　　　　RODNEY BLOCK
　　　　　　　　　　　　　　　PER SE