## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Flava Works Entertainment, Inc., et al.

                                  Plaintiff,

v.                                                    Case No.: 1:24–cv–09725
                                                      Honorable Franklin U. Valderrama

John Doe 1, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2025:

        MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the agreed motion to extend Defendant David Tam's time to respond to the Fourth Amended Complaint [104]. Defendant David Tam';s answer or other responsive pleading is due on or before 9/8/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.