| | | |
|---|---|---|
| **FlavaWorks Entertainment, Inc.,** | ) | |
| **Blatino Media, Inc.,** | ) | |
| **Plaintiff,** | ) | **Case No. : 1:24-cv-09725** |
| | ) | |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **John Doe 1, et al** | ) | |
| **Defendants.** | ) | |

### Status Report

Since the last status report, Plaintiffs have continued efforts to complete service on the remaining Defendants. Plaintiffs are still awaiting service on Defendant Joe Wija. Plaintiffs have attempted personal service on Defendants Gregory Ghazal, Joshua Cofield, and Kevin Mediana but have been unsuccessful. Plaintiffs intend to file motions for alternative service as to these individuals based on the impracticability of traditional service methods.

Defendants, Christian Millett, Davon Applewhite, and Richard Lindner have been served with the complaint but have failed to file a responsive pleading within the time required by Rule 12(a).

Appearances have been filed for Defendants, David Tam and Michael Shane Gordon, however no answer or other pleadings have been filed by Defendants David Tam and Michael Shane Gordan

With respect to the remaining John Doe Defendants, Plaintiffs anticipate filing a motion to either convert or dismiss certain unnamed defendants in order to streamline the litigation and avoid unnecessary discovery disputes or procedural complications.

In sum, Plaintiffs continue to advance this case by actively addressing service issues, preparing for default proceedings where appropriate, and working to resolve claims through

settlement where possible.

Respectfully submitted,
*/s/Hameed Odunewu*
FlavaWorks Entertainment, Inc. and
Blatino Media,  Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc., Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status  was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 16, 2025.

s/Hameed Odunewu
_____