**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.                                                                        Case No.: 1:24–cv–09725
                                                                             Honorable Franklin U. Valderrama

John Doe 1, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2025:

     MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiffs' status report [114], which advises the Court that: (1) Plaintiffs are awaiting service on Defendant Joe Wija, (2) Plaintiffs have attempted but have been unsuccessful in serving Defendants Gregory Ghazal, Joshua Cofield, and Kevin Mediana, and therefore intent to file motions for alternative service, (3) Defendants Christian Millett, Davon Applewhite, and Richard Lindner have been served but have not appeared, (4) Defendants David Tam and Michael Shane Gordon have appeared but have not filed responsive pleadings, and (5) With respect to the remaining John Doe Defendants, Plaintiffs anticipate filing a motion to either convert or dismiss certain unnamed defendants in order to streamline the litigation and avoid unnecessary discovery disputes or procedural complications. The Court directs Plaintiffs to file motions for alternative service by 9/3/2025, and to file the appropriate motion regarding the remaining John Doe Defendants by 9/10/2025. The Court directs Plaintiffs to file a status report regarding the status of service and any other relevant information about the proceedings on or before 9/17/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.