# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Flava Works Entertainment, Inc., et al.

                       Plaintiff,

v.
                              Case No.: 1:24−cv−09725
                              Honorable Franklin U. Valderrama

John Doe 1, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

     MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff filed three versions of a notice of voluntary dismissal as to Defendant David Tam [117], [118], [119], with differing requests for dismissal with and without prejudice. The second amended notice of dismissal [119] asks for dismissal of Plaintiff's claims against David Tam both with and without prejudice. The Court directs Plaintiff to file a third amended notice of dismissal clarifying whether the dismissal should be with or without prejudice. The Court also admonishes Plaintiff to take care with filings to include consistent requests, especially when there are already three versions of a filing on the docket. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.