| | |
|---|---|
| **FlavaWorks Entertainment, Inc.,** ) <br> **Blatino Media, Inc.,** ) <br>          **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> John Doe 1, et al ) <br>          **Defendants.** ) | Case No. : 1:24-cv-09725 <br><br> **JURY TRIAL DEMANDED** |

UNITED STATES DISTRICT COURT

# PLAINTIFF'S THIRD AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DAVID TAM

Plaintiff, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Defendant David Tam. Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal with prejudice under Rule 41(a)(1) is appropriate.

                                                  Respectfully submitted,
                                                  */s/Hameed Odunewu*
                                                  FlavaWorks Entertainment, Inc. and
                                                  Blatino Media, Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc., Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone

Hameed@flavaworks.com