# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.                                                    Case No.: 1:24–cv–09725
                                                      Honorable Franklin U. Valderrama

John Doe 1, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 6, 2025:

     MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff has now filed a third amended notice of voluntary dismissal of Defendant David Tam [121]. Despite the Court's Minute Entry noting that Plaintiff's first three notice of voluntary dismissal including inconsistent requests for dismissal with and without prejudice, and admonishing Plaintiff's to take care with filings, the third amend notice (which is the fourth filing) again includes an inconsistent request. R. [121] (first stating that, "Plaintiff... pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice.." and later stating that, "t is respectfully submitted that dismissal with prejudice under Rule 41(a)(1) is appropriate."). The Court will give Plaintiff one more opportunity to file a notice of voluntary dismissal with a consistent request indicating whether the dismissal should be with or without prejudice. If an inconsistent notice is filed again, the dismissal will be with prejudice. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.