### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.                                                          Case No.: 1:24–cv–09725
                                                            Honorable Franklin U. Valderrama

John Doe 1, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2025:

     MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Fourth Amended Notice of Voluntary Dismissal [125] and pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed without prejudice as to Defendant David Tam. Each side to bear its own costs and attorneys' fees. The case continues against the remaining Defendants. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.