# AFFIDAVIT OF NON-SERVICE

**State of Illinois**         **County of Northern Dictrict**         **United States Court**

Case Number: 1:24-CV-09725

Plaintiff:
**FlavaWorks Entertainment, Inc,**
**Blatino Media, Inc**

vs.

Defendant:
**Joel Lewitzky, et al**

For:
FlavaWorks Entertainment Inc.
2705 W Fulton St
Chicago, IL 60612-2003

Received by NICOLETTI & HARRIS, INC. on the 16th day of January, 2025 at 9:35 am to be served on **Gregory Ghazal, 341 N.W. 61st Ave, Miami, FL 33126-1639.**

I, Nancy Del Hierro #2183, being duly sworn, depose and say that on the **23rd day of January, 2025 at 5:30 pm, I:**

**NON-SERVED** the **Summons in a Civil Case, Second Amended Complaint and Jury Demand, and Exhibit A**. After due search, careful inquiry and diligent attempts was unable to serve on **Gregory Ghazal** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/17/2025  7:20 am  Given address is a single family residential at location. Video doorbell.
No answer at door.  Vehicle outside silver Toyota FL 89ELCF
1/18/2025  3:25 pm  No answer at the door. Same vehicle present and also a Nissan Versa, FL # CJ5 0WS.
1/23/2025  5:30 pm  No answer at the door. No movement inside. Property is under surveillance cams.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 25th day of _____ 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

FRANCES E. DIXON
Commission # HH 273339
Expires July 8, 2026

Nancy Del Hierro #2183
2183

NICOLETTI & HARRIS, INC.
101 AVENUE OF THE AMERICAS
9TH FLOOR
NEW YORK, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025000120
Ref: 2025000120

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a