# VERIFIED RETURN OF NON-SERVICE

**State of ILLINOIS**         **County of**         **Northern Court**

Case Number: 1:24-CV-09725

Plaintiff:
**FLAVAWORKS ENTERTAINMENT, INC BLATINO MEDIA, INC**

vs.

Defendant:
**JOHN DOE 1, ET AL.,**

For:
HAMEED ODUNEWU

Received by STEFANY CAMEJO on the 17th day of July, 2025 at 1:25 pm to be served on **GREGORY GHAZAL, 15434 SW 114 STREET, MIAMI, FL 33196**.

I, STEFANY CAMEJO, do hereby affirm that on the **7th day of August, 2025** at **12:00 pm, I:**

**NON-SERVED** the **ALIAS CIVIL ACTION SUMMONS AND COMPLAINT** for the reason that I failed to find **GREGORY GHAZAL** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/22/2025  6:05 pm  Attempted service at 15434 SW 114 STREET, MIAMI, FL 33196 no answer at the door, Toyota tag LMMJ 86 parked in the driveway also a Nissan tag HSMX 28
7/26/2025  7:45 pm  Attempted service at 15434 SW 114 STREET, MIAMI, FL 33196, no answer at residence, car in driveway Toyota tag LMMJ86 parked in the driveway
7/30/2025  6:43 pm  Attempted service at 15434 SW 114 STREET, MIAMI, FL 33196 no one answered the door, same car in the driveway.
8/5/2025  10:14 am  Attempted service at 15434 SW 114 STREET, MIAMI, FL 33196, no answer at residence, no cars in driveway

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required.

_____
**STEFANY CAMEJO**
Process Server# 2509

**FLAVAWORKS ENTERTAINMENT, INC**
**2705 W FULTON ST**
**CHICAGO, IL 60612**
**(305) 438-9450**

Our Job Serial Number: FIH-2025002551

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a