# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FlavaWorks Entertainment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Joel Lewitzky et al., <br><br> Defendants. | Case No. 1:24-cv-09725 <br> Honorable Franklin U. Valderrama <br><br> **MOTION TO WITHDRAW** |

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, undersigned counsel respectfully moves for leave to withdraw as counsel of record in this action.

On February 28, 2025, the Plaintiff voluntarily dismissed this action in full with prejudice as against my client. *See* ECF No. 48.

As a result, my withdrawal is appropriate under Local Rule 83.17, will not prejudice any remaining party, and no delay will result.

**WHEREFORE**, undersigned counsel respectfully requests that the Court grant this motion and direct the Clerk to terminate counsel from the docket and CM/ECF service list.

Dated: September 10, 2025

                                              Respectfully submitted,

                                              /s/ *Michael D. Cilento*
                                              Michael D. Cilento
                                              **LEWIS & LIN, LLC**
                                              77 Sands Street, 6th Floor
                                              Brooklyn, NY 11201
                                              Michael@iLawco.com
                                              Tel: (718) 243-9323
                                              Fax: (718) 243-9326