| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., | ) | |
| Blatino Media, Inc., | ) | |
| Plaintiff, | ) | Case No. : 1:24-cv-09725 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| John Doe 1, et al | ) | |
| Defendants. | ) | |

## PLAINTIFF'S  FOURTH AMENDED NOTICE OF VOLUNTARY  DISMISSAL OF GABRIEL JOHNSON

Plaintiff, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil  Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant Gabriel Johnson. Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal with prejudice  under Rule  41(a)(1) is appropriate.

Respectfully submitted,
*/s/Hameed Odunewu*
FlavaWorks Entertainment, Inc. and
Blatino Media,  Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc., Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com