**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:24–cv–09725
                                                        Honorable Franklin U. Valderrama

John Doe 1, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, September 15, 2025:


        MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to
Plaintiff's Notice of Voluntary Dismissal [129] and pursuant to Federal Rule of Civil
Procedure 41(a), this case is dismissed with prejudice as to Defendant Gabriel Johnson,
with each party to bear its own attorneys' fees and costs. The case continues against the
remaining Defendants. Mailed notice. (jcm)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.