# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FlavaWorks Entertainment, Inc., Blatino Media, Inc., <br><br>   Plaintiff, <br><br> v. <br><br>John Doe 1 (username augire2) <br> John Doe 2 (username batsu454) <br> John Doe 4 (username Cards1uk) <br> John Doe 5 (username Chaman) <br> Christopher Lorino <br> Rodney Block <br> John Doe 8 (username Daleorama) <br> David Tam <br> Michael Shane Gordon <br> Joe Wija <br> Gregory Ghazal <br> John Doe 15 (username Luvpecs) <br> John Doe 20 (username Trashcat) <br> Davon Applewhite <br> Christian Millett <br> Gabriel Johnson <br> Richard Lindner <br> Joshua Cofield <br> Kevin Mediana <br> John Doe 30 (username WillieD), <br><br>   Defendants. | Case No. 1:24-cv-09725 <br><br> Judge: Hon. Franklin U. Valderrama |

## MOTION TO WITHDRAW

   Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Safia Gray Hussain, counsel for Defendant David Tam, respectfully moves for leave to withdraw as counsel of record in this action.

On September 8, 2025, Plaintiffs voluntarily dismissed our client, David Tam, from this case in full. *See* ECF No. 125. On September 9, 2025, this Court dismissed the case in full without prejudice as to Mr. Tam. *See* ECF No. 126.

As a result, withdrawal is appropriate under Local Rule 83.17, will not prejudice any remaining party, and will not result in any delay.

**WHEREFORE**, undersigned counsel respectfully requests that the Court grant this motion, and further direct the Clerk to remove both she and the law firm of Loeb & Loeb LLP from (1) electronic notifications through the Electronic Case Filing System and (2) the Master Mailing List in this case.

Dated: September 17, 2025

/s/ Safia Gray Hussain
Safia Gray Hussain

LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067
sghussain@loeb.com
Tel: 310.282.2000

Attorneys for Defendant David Tam

241804988.2
247267-10001