UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FlavaWorks Entertainment, Inc.,** ) <br> **Blatino Media, Inc.,** ) <br>         **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **John Doe 1, et al** ) <br>         **Defendants.** ) | Case No. : 1:24-cv-09725 <br><br> **JURY TRIAL DEMANDED** |

## Status Report

Plaintiffs, by and through undersigned counsel, respectfully submit the following Status Report pursuant to the Court's prior order:

Since the last report, Plaintiffs have made significant progress in advancing the litigation. Defendant Christian Millett has been dismissed from the case. Motions for alternative service have been filed with the Court for Defendants Gregory Ghazal and Joshua Cofield, as multiple diligent attempts at service have been unsuccessful and Plaintiffs have reason to believe both defendants maintain active and monitored email accounts.

Several additional defendants have not yet been served despite diligent efforts. Plaintiffs are continuing to pursue service on those individuals through ongoing skip trace investigations and the use of special process servers.

Plaintiffs are in the process of seeking default judgments against defendants who have been properly served but have failed to appear or respond within the required time.

In parallel, Plaintiffs remain engaged in active settlement discussions with several named defendants. Plaintiffs also continue evaluating the status of the remaining John Doe defendants, and anticipate filing

motions to either convert or dismiss them as appropriate in order to streamline the litigation.

   Plaintiffs will continue to update the Court on service efforts, procedural developments, and settlement progress as appropriate.

                   Respectfully submitted,
                   */s/Hameed Odunewu*
                   FlavaWorks Entertainment, Inc. and
                   Blatino Media, Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc., Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com