# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Flava Works Entertainment, Inc., et al.

                                Plaintiff,

v.                                            Case No.: 1:24–cv–09725

                                            Honorable Franklin U. Valderrama

John Doe 1, et al.

                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiffs' status report [144], which advises that since the filing of the last status report, Plaintiffs have filed motions for alternative service as to two defendants, have dismissed one defendant, and have not served several additional defendants, despite diligent efforts and that they are continuing to pursue service on those individuals through ongoing skip trace investigations and the use of special process servers. Additionally, Plaintiffs advise that they are in the process of seeking default judgments against defendants who have been properly served but have failed to appear or respond within the required time, and that they remain engaged in active settlement discussions with several named defendants. Plaintiffs also continue evaluating the status of the remaining John Doe defendants, and anticipate filing motions to either convert or dismiss them as appropriate in order to streamline the litigation. The Court directs Plaintiffs to file a status report regarding the status of service and any other relevant information about the proceedings on or before 10/20/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.