to yesterday 11:59PM.

hubrys

Login name to look up.

Next  Last  (1 item(s); 1 pages total)

| Login | Site | Date |
|---|---|---|
| hubrys | RawRods | 2011-11-09 15:39:58 |