Flava Works Entertainment, Inc., et al.
                                        Plaintiff,

v.                                      Case No.: 1:24−cv−09725
                                        Honorable Franklin U. Valderrama

John Doe 5, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, October 19, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Plaintiffs' motion for leave to file a sur−reply to Defendant Michael Shane Gordon's motion to transfer venue or dismiss [150]. As an initial matter, the Court construes Plaintiffs' request for leave to file a sur−reply to be a request for leave to file a sur−response. See Black's Law Dictionary (10th ed. 2014) (a surresponse is the "second response by someone who opposes a motion" and generally "comes in answer to the movant's reply."). The decision whether to grant a motion for leave to file a sur−response is within the Court's discretion. See Johnny Blastoff, Inc. v. Los Angeles Rams Football Co., 188 F.3d 427, 439 (7th Cir. 1999). For the reasons stated in Plaintiffs' motion, the Court grants Plaintiffs' motion for leave to file a sur−response [150]. See Dr. Robert L. Meinders, D.C., Ltd. v. UnitedHealthcare, Inc., 800 F.3d 853, 858 (7th Cir. 2015) ("Due process, we have cautioned, requires that a plaintiff be given an opportunity to respond to an argument or evidence raised as a basis to dismiss his or her claims."). Plaintiffs are directed to file a sur−response, limited to no more than 10 pages, on or before 10/23/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.