COPYRIGHT TRANSFER AGREEMENT This Copyright Transfer Agreement ("Agreement") is made and entered into as of July 13, 2022 (the "Effective Date"), by and between:

1. Flava Works, Inc., an Illinois corporation with its principal place of business at 2445 West Harrison St, Chicago, IL 60612 ("Assignor"); and
2. Phillip Bleicher, an Illinois resident with an address at 2445 West Harrison, Chicago, IL 60612 ("Assignee").

RECITALS WHEREAS, Assignor is the legal and rightful owner of certain copyrights, including those listed in Addendum A attached hereto (the "Copyrights"); and WHEREAS, Assignor desires to transfer, assign, and convey to Assignee all of its rights, title, and interest in and to the Copyrights; and WHEREAS, Assignee desires to acquire all rights, title, and interest in and to the Copyrights;

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. ASSIGNMENT OF COPYRIGHTS 1.1 Transfer of Rights. Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all of its rights, title, and interest in and to the Copyrights, including but not limited to all rights to reproduce, distribute, publicly display, publicly perform, and create derivative works, and all other exclusive rights afforded to copyright owners under the U.S. Copyright Act and applicable international laws. 1.2 Ownership and Control. Assignee shall have the sole and exclusive ownership of the Copyrights, including the right to register, enforce, sell, license, and otherwise exploit the Copyrights in any manner and in any medium now known or hereafter developed.

2. CONSIDERATION 2.1 The Parties agree that the transfer of the Copyrights is made in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

3. REPRESENTATIONS AND WARRANTIES 3.1 Authority. Assignor represents and warrants that it is the sole and exclusive owner of the Copyrights, that it has full authority to enter into this Agreement, and that the Copyrights are free of any liens, claims, or encumbrances. 3.2 No Infringement. Assignor represents and warrants that to the best of its knowledge, the Copyrights do not infringe upon any third-party rights. 3.3 Further Assurances. Assignor agrees to execute any additional documents reasonably required to perfect the transfer of ownership of the Copyrights to Assignee.

4. INDEMNIFICATION 4.1 Assignor agrees to indemnify, defend, and hold harmless Assignee from and against any and all claims, damages, liabilities, costs, and expenses (including reasonable attorneys' fees) arising out of any breach of Assignor's representations and warranties contained in this Agreement.

5. RECORDATION OF TRANSFER 5.1 The parties agree that this Agreement may be recorded with the U.S. Copyright Office to provide constructive notice of the transfer in accordance with 17 U.S.C. § 205.

6. MISCELLANEOUS 6.1 Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois without regard to conflict of law principles. 6.2 Entire Agreement. This Agreement, including Addendum A, constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements, whether written or oral. 6.3 Severability. If any provision of this Agreement is held invalid or unenforceable, the remaining provisions shall remain in full force and effect. 6.4 Binding Effect. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns. 6.5 Counterparts. This Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

7. NOTARY ACKNOWLEDGMENT State of Illinois County of Cook On this 13 day of July, 2022 before me, a Notary Public in and for the said state, personally appeared Phillip Bleicher and Authorized Representative of Flava Works, Inc., known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained. IN WITNESS WHERE OF, I hereunto set my hand and official seal.

Notary Public Name: DANIEL NELSON  Signature: _____

My Commission Expires: NOV. 6, 2024

DANIEL H NELSON
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 6, 2024

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the Effective Date.

FLAVA WORKS, INC.

By: _____
Name: Phil Bleicher
Title: CEO
Date: 7-13-22

PHILLIP BLEICHER

By: _____
Date: 7-13-22

WITNESS: Christian Black

By: _____
Date: 07-13-22

| ADDENDUM A | | |
|---|---|---|
| COPYRIGHT REGISTRATIONS | | |
| Title of Work | Copyright Date | Copyright # |
| Bad Boy Detention : F is for Fuck. | 2012 | PA0001797213 |
| Bad Boy Detention 2 - Bareback Sessions. | 2012 | PA0001804965 |
| Bad Boy Detention 3 - Raw Trouble. | 2013 | PA0001861010 |
| BAREBACK BOOTY BANDITS. | 2012 | PA0001917774 |
| BAREBACK BOOTY BANDITS. | 2012 | PA0001832507 |
| BAREBACK BUSSY #1. | 2015 | PA0002037043 |
| BAREBACK BUSSY #2: BREED AND BOUNCE. | 2015 | PA0002025855 |
| BAREBACK STUDY HALL #3: ENCOUNTERS. | 2015 | PA0002037056 |
| BAREBACK STUDY HALL #4: LESSONS LEARNED. | 2015 | PA0002025860 |
| BAREBACK STUDY HALL #5: CUTTING CLASS. | 2015 | PA0002036970 |
| BIG BLACK & BAREBACK. | 2011 | PA0001788831 |
| Big Black Dick 2: Ouch! | 2011 | PA0001802985 |
| Big Black Dick 3: Third Leg. | 2012 | PA0001797171 |
| Big Black Dick 3: Third Leg. | 2012 | PA0001804964 |
| Big Black Dick 4: Inches of Pain. | 2013 | PA0001861008 |
| Big Black Dick. | 2011 | PA0001748153 |
| BLACK BAREBACK COLLEGE #1. | 2016 | PA0002037057 |
| BLACK IN WHITE #2 INTERRACIAL BAREBACK. | 2016 | PA0001993086 |
| BLACK IN WHITE. | 2012 | PA0001841887 |
| Castro 2 : the fuck video. | 2005 | PA0001294214 |
| Castro behind the photoshoot. | 2005 | PA0001294212 |
| Castro reloaded. | 2005 | PA0001294217 |
| Chino in the Raw. | 2009 | PA0001668277 |
| Cocoboyz.com 2010. | 2010 | VA0001861560 |
| COCODORM RAW #1. | 2015 | PA0002025848 |
| COCODORM RAW #2: Skeet & Eat. | 2015 | PA0002036972 |
| COCODORM RAW #3: Fucking for Coins. | 2015 | PA0002037060 |
| Cocodorm.com 2010. | 2010 | VA0001861558 |
| CODY KYLER'S PINGA PARADISE #2. | 2010 | PA0001737150 |
| Cody Kyler's Pinga Paradise. | 2009 | PA0001668281 |
| DOMINANT RAW TOPS #4:Up in the Guts! | 2013 | PA0001841878 |
| DOMINANT RAW TOPS #7:Man Milk. | 2014 | PA0002036969 |
| Dominant Raw Tops 3: Nut up or Shut up! | 2012 | PA0001803007 |
| Dominant Raw Tops 3: Nut up or Shut up! | 2012 | PA0001804962 |
| Dominant Raw Tops. | 2011 | PA0001748151 |
| Dorm life : no. 3. | 2005 | PA0001298415 |
| Dorm life : no. 4. | 2005 | PA0001298397 |
| Dorm life : no. 6. | 2005 | PA0001298401 |
| Dorm life : no. 7, Hot & creamy. | 2005 | PA0001298403 |
| Dorm life 1 & 2. | 2005 | PA0001295163 |
| Dorm Life 12 - Dick Addiction. | 2008 | PA0001764960 |
| Dorm Life 12 : Dick Addiction. | 2008 | PA0001635732 |
| Dorm Life 13 - Skipping Class for Ass. | 2008 | PA0001764946 |
| Dorm Life 14 - The Dick Down. | 2009 | PA0001668240 |
| Dorm Life 15 - After School Fuck Sessions. | 2009 | PA0001668343 |
| Dorm Life 16 : Fucking For Extra Credit. | 2009 | PA0001666879 |