# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                                    Plaintiff,

v.                                  Case No.: 1:24−cv−09725
                                    Honorable Franklin U. Valderrama

John Doe 5, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

    MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Defendant Michael Shane Gordon's motion for hearing [155]. The Court enters and continues the motion. If, after the Court has reviewed the parties' briefs, it is of the opinion that oral argument would be beneficial to the Court, it will order oral argument. Otherwise, the Court will resolve the motion on the briefs. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.