IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLAVAWORKS, INC. ) ) Plaintiff, ) ) v. ) ) LEWITZKY, ET AL. ) ) Defendants. ) | Case Number: 1:24-cv-9725 Hon. Franklin U. Valderrama Mag. Hon. Jeannice W. Appenteng |

## DEFENDANT JOSHUA COFIELD'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME PURSUANT TO FRCP 6(b)(1)(A)

COMES NOW Defendant Joshua Cofield, by and through counsel, and in support of his first motion for extension of time to answer or otherwise plead pursuant to FRCP 6(b)(1)(a) shows the Court as follows:

1. Plaintiff filed its original Complaint on October 8, 2024. (Dkt. No. 1)

2. Plaintiff filed its Fourth Amended Complaint on June 24, 2025. (Dkt. No. 83)

3. The Court granted Plaintiff leave to serve Cofield via email on September 18, 2025. (Dkt. No. 141).

4. Plaintiff was served via email on October 19, 2025 via email per the Court's Order.

5. The deadline for Defendant to answer or otherwise plead is Monday, November 10, 2025.

6. On October 28, 2025, the undersigned defense counsel sent an email to Attorney Hameed Odunewu, counsel for Plaintiff, seeking an agreement to an extension of time for Cofield to answer or otherwise plead through December 5, 2025. Attorney Odunewu responded via email on that date indicating that Plaintiff does not object to the requested extension.

7. This request is not designed to delay the resolution of this matter. This extension will not

unduly prejudice Plaintiff.

WHEREFORE, Defendant Joshua Cofield respectfully requests that this Court grant his first unopposed motion for extension of time and direct Defendant Cofield to answer or otherwise plead to Plaintiff's Fourth Amended Complaint no later than December 5, 2025.

Respectfully submitted,

/s/ Erin K. Russell
Erin K. Russell, Esq.
The Russell Firm,
10 S. Riverside Plaza, Suite 875
Chicago, IL 60606
T: 312-994-2424
erin@russellfirmip.com

CERTIFICATE OF
SERVICE

This is to certify that on October 28, 2025, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell