**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.
                                   Plaintiff,

v.                                              Case No.: 1:24−cv−09725
                                                  Honorable Franklin U. Valderrama

John Doe 5, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants Defendant Joshua Cofield's unopposed motion for extension of time to answer or otherwise plead [158]. Defendant Joshua Cofield's answer or other responsive pleading is due 12/5/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.