# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                    Plaintiff,

v.                                          Case No.: 1:24−cv−09725
                                            Honorable Franklin U. Valderrama

John Doe 5, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2025:

MINUTE entry before the Honorable Jeannice W. Appenteng: By 11/21/2025, plaintiff shall file a status report setting forth (1) its progress to serve remaining defendants, (2) an update on the status of the proceedings, and (3) any proposals for beginning discovery. The 11/7/2025 tracking status hearing is stricken. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.