# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FlavaWorks Entertainment, Inc., )
Blatino Media, Inc., )
      Plaintiff, )  **Case No. : 1:24-cv-09725**
          )
 v. )
          )  **JURY TRIAL DEMANDED**
John Doe 1, et al )
      Defendants. )

## Status Report

Plaintiffs, by and through undersigned counsel, respectfully submit the following Status Report pursuant to the Court's prior order:

Since the last report, Plaintiffs have advanced service efforts and identification of several defendants. Defendant Joshua Cofield has been served by email and is now represented by attorney Erin Russell, who has appeared on his behalf. Defendant Gregory Ghazal has also been served by both email and U.S. mail following multiple diligent attempts at personal service. To date, Mr. Ghazal has not filed an answer or otherwise responded, and Plaintiffs anticipate filing a motion for default judgment should he remain non-responsive.

Plaintiffs have identified newly-associated email accounts for users John Doe 20 *(username Trashcat)* and John Doe 5 *(username Chaman)*. Subpoenas have been issued to the corresponding email service providers, and Plaintiffs are awaiting responses regarding these accounts. Plaintiffs will update the Court once the subpoena returns are received and evaluated.

Plaintiffs have recently located a new residential address for Defendant Christopher Lorino and will be attempting service at this new location shortly. Plaintiffs will be filing an updated summons with

the Court to reflect this new service information.

Plaintiffs continue service efforts regarding the remaining unserved defendants, including through skip tracing and coordinated process server attempts. Plaintiffs remain prepared to seek default judgments against defendants who have been properly served but have failed to appear or respond within the required time. Plaintiffs also continue assessing the status of remaining John Doe defendants and anticipate filing additional motions to convert or dismiss Doe defendants as appropriate to streamline the litigation.

Plaintiffs will continue to update the Court on service efforts, subpoena returns, procedural developments, and settlement progress as appropriate.

Respectfully submitted,
*/s/Hameed Odunewu*
FlavaWorks Entertainment, Inc. and
Blatino Media,  Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc., Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com