Flava Works Entertainment, Inc., et al.
                             Plaintiff,

v.
                                     Case No.: 1:24−cv−09725
                                     Honorable Franklin U. Valderrama

John Doe 5, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed plaintiff's 11/22/2025 status report [161]. Tracking status hearing set for 2/23/2026 at 8:30 a.m., for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.