IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLAVAWORKS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:24-cv-9725 |
| | ) | |
| LEWITZKY, ET AL. | ) | Hon. Franklin U. Valderrama |
| | ) | Mag. Hon. Jeannice W. Appenteng |
| Defendants. | ) | |

## DEFENDANT JOSHUA COFIELD'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME PURSUANT TO FRCP 6(b)(1)(A)

COMES NOW Defendant Joshua Cofield, by and through counsel, and in support of his first motion for extension of time to answer or otherwise plead pursuant to FRCP 6(b)(1)(a) shows the Court as follows:

1. Plaintiff filed its original Complaint on October 8, 2024. (Dkt. No. 1)

2. Plaintiff filed its Fourth Amended Complaint on June 24, 2025. (Dkt. No. 83)

3. Defendant filed his First Unopposed Motion for Extension of Time on October 28, 2025. (Dkt. No. 158)

4. The Court granted that motion on October 29, 2025, extending the deadline for Defendant to answer or otherwise plead through December 5, 2025. (Dkt. No. 159)

5. Defense counsel corresponded with Attorney Hameed Odunewu thereafter and the parties agreed that Plaintiff would provide copies of evidence pertaining to Defendant Cofield.

6. On December 5, 2025, Defense counsel contacted Attorney Hameed via email regarding the status of the evidence. The parties have determined that prior to the Plaintiff producing information, Plaintiff would like to have a protective order in place. Defense counsel has no

objection to doing so.

7. The parties have agreed that additional time is needed for the parties to seek entry of a protective order, for Plaintiff to then produce evidence to counsel for Defendant Cofield, for defense counsel to then review that evidence in order to determine how to proceed.

8. The parties agreed via email on December 5, 2025 that the time for Defendant Cofield to answer or otherwise plead should be extended through December 30, 2025 to facilitate the aforementioned litigation activities.

9. This request is not designed to delay the resolution of this matter. This extension will not unduly prejudice Plaintiff.

WHEREFORE, Defendant Joshua Cofield respectfully requests that this Court grant his second unopposed motion for extension of time and direct Defendant Cofield to answer or otherwise plead to Plaintiff's Fourth Amended Complaint no later than December 30, 2025.

Respectfully submitted,

/s/ Erin K. Russell
Erin K. Russell, Esq.
The Russell Firm,
10 S. Riverside Plaza, Suite 875
Chicago, IL 60606
T: 312-994-2424
erin@russellfirmip.com

CERTIFICATE OF
SERVICE

This is to certify that on December 5, 2025, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell