IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLAVAWORKS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:24-cv-9725 |
| | ) | |
| LEWITZKY, ET AL. | ) | Hon. Franklin U. Valderrama |
| | ) | Mag. Hon. Jeannice W. Appenteng |
| Defendants. | ) | |

DEFENDANT JOSHUA COFIELD'S NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, Defendant Joshua Cofield, has settled this matter with Plaintiff. Defendant files this notice with the consent of Plaintiff. There remain executory and performance obligations by the parties, which they anticipate completing in short order. Upon completion of those obligations, Plaintiff will dismiss this action with prejudice.

Respectfully submitted,

/s/ Erin K. Russell
Erin K. Russell, Esq.
The Russell Firm,
10 S. Riverside Plaza, Suite 875
Chicago, IL 60606
T: 312-994-2424
erin@russellfirmip.com

CERTIFICATE OF
SERVICE

This is to certify that on February 22, 2026, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell