# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.

Case No.: 1:24–cv–09725

Honorable Franklin U. Valderrama

John Doe 5, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the notice of settlement between Plaintiff and Defendant Joshua Cofield [169]. By 4/9/2026, the parties are directed to file (i) the appropriate dismissal paperwork or (ii) a status report explaining the delay. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.