## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Flava Works Entertainment, Inc., et al.

                                    Plaintiff,

v.                                             Case No.: 1:24–cv–09725
                                               Honorable Franklin U. Valderrama

John Doe 5, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2026:

    MINUTE entry before the Honorable Jeannice W. Appenteng: The 6/29/2026 tracking status hearing is stricken. By 7/28/2026, plaintiff shall file a status report setting forth an update on the status of the proceedings and a proposal for beginning discovery. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.