**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.
Plaintiff,
v.

Case No.: 1:24−cv−09725
Honorable Franklin U. Valderrama

John Doe 5, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed plaintiffs' 7/28/2026 joint status report [184], which provides an update on the status of the proceedings and proposes submitting another status report by 9/16/2026. The Court adopts plaintiffs' proposal. Accordingly, by 9/16/2026, the parties shall file a joint status report with an update on the proceedings and a proposed discovery plan in accordance with the Court's Standing Order for Initial Joint Status Reports. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.