**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FLAVAWORKS ENTERTAINMENT, INC.,
BLATINO MEDIA, INC.,

Plaintiffs,

vs.

**CASE NO.: 1-24-cv-09725**
Honorable Franklin U. Valderrama
Magistrate: Honorable Appenteng

JOHN DOES, et al., including
CHRISTOPHER LARINO and
SHANE MICHAEL GORDON, et al,

Defendants.
_____________________________/

**MOTION FOR ENLARGEMENT/CLARIFICATION OF TIME TO FILE RESPONSIVE PLEADING TO THE FOURTH AMENDED COMPLAINT**

Now comes the defendant, Mr. Michael Shane Gordon, by and through his attorney, Mr. Michael P. Simkus, ESQ., and requests that this honorable court grant him an enlargement of time of one (1) day, up to and including July 30, 2026, to file an Answer or to otherwise plead to the Plaintiffs' Fourth Amended Complaint, and in support thereof states:

1. The court entered the order denying Mr. Gordon motion to transfer venue on July 15, 2026. Docket entry 182.
2. On July 16, 2026, at 12:07 am, the CM ECF system emailed to Mr. Simkus, counsel for Mr. Gordon, the court's order of July 15, 2026. Presumably, the same order was also emailed to Plaintiffs' counsel.
3. On July 16, 2026, both Mr. Simkus and his client calculated that the answer or responsive pleading to the Fourth Amended Complaint would be due fourteen days after notice of the court's action, and therefore due on July 30, 2026 pursuant to Federal Rule of Civil Procedure Rule 12(a)(4)(A)—"...the responsive pleading must

be served within 14 days **after** notice of the court's action."[emphasis added.]

4. This morning, on July 29, 2026, and again, at 12:07 am, Plaintiffs' Status Report was sent by the CM ECF system. The CM ECF system sent the status report that was apparently filed on July 28, 2026. Upon review of the Plaintiffs' Status Report, Plaintiffs incorrectly calculated the date that a responsive pleading was then due. Plaintiffs' counsel wrote "…in light of the Court's July 15, 2026 Order, Mr. Gordon's responsive pleading is now due. See Fed. R. Civ. P. 12(a)(4)(A)."
5. This motion for enlargement of time is not made for purposes of delay but clarification. Counsel and Mr. Gordon, who is a licensed attorney who lives and works in the State of Georgia, are conferring and completing his responsive pleading to the Fourth Amended Complaint to be filed on July 30, 2026.

**WHEREFORE**, counsel for Mr. Gordon requests that this Honorable Court enter an order that allows Mr. Gordon an enlargement of time, up to and including July 30, 2026, to answer or otherwise plead to the Plaintiffs' Fourth Amended Complaint, or for relief the court deems just.

Dated: July 29, 2026.

*(s) Michael P. Simkus*
**Simkus Law Firm, PC**
MICHAEL P. SIMKUS, ESQ.
265 Stonegate Road, Suite 104
ALGONQUIN, ILLINIOIS 60102