**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.

Case No.: 1:24−cv−09725
Honorable Franklin U. Valderrama

John Doe 5, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 30, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiff's status report [184]. The Court grants Plaintiff's request for an extension of time under Fed. R. Civ. P. 4(m) to serve the remaining unserved Defendants through 8/31/2026. The Court expects service on all remaining Defendants to be complete by that time, and, absent extraordinary circumstances, is unlikely to grant additional extensions of time to complete service. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.