**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.
Plaintiff,
v.
Case No.: 1:24−cv−09725
Honorable Franklin U. Valderrama
John Doe 5, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Defendant Michael Shane Gordon's motion to dismiss [188]. The motion is 22 pages long. Pursuant to N.D. Ill. Local Rule 7.1, no motions "shall exceed 15 pages without prior approval of the court." Defendant Gordon has not received prior approval of the Court, and is it not apparent from the text of the motion why Defendant Gordon requires more than the standard 15 pages. The Court therefore strikes the motion [188] and directs Defendant Gordon to file a motion that complies with Local Rule 7.1 on or before 8/5/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.