**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.
Plaintiff,
v.
Case No.: 1:24−cv−09725
Honorable Franklin U. Valderrama
John Doe 5, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following schedule on Defendant Michael Shane Gordon's motion to dismiss [191]: Plaintiff's response due on or before 8/27/2026; Defendant's reply due on or before 9/11/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.